# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| GOLDIE MOSES THOMPSON, O/B/O ALVON TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 07-00531-CV-W-DW |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 9). Plaintiff requests that this case be dismissed due to the death of the minor at issue. The Court hereby GRANTS Plaintiff's Motion. This case is hereby DISMISSED. The Clerk of the Court shall mark the case as CLOSED.

Date:   January 29, 2008                                    /s/ Dean Whipple
                                                                        Dean Whipple
                                                                        United States District Judge